UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| YULIESKY COLINA MENA | CIVIL DOCKET NO. 6:26-CV-00679 SECTION P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| U.S. DISTRICT COURT WESTERN DISTRICT OF LOUISIANA ET AL | MAGISTRATE JUDGE THOMAS P. LEBLANC |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 22] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED, ADJUDGED AND DECREED that the instant PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] is DENIED and DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all pending motions are DENIED as MOOT.

THUS, DONE AND SIGNED in chambers this 16th day of June 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE